August 21, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

### IRADJ R. FARKOOSHI, INDIVIDUALLY, PARVAZ GROUP, INC., AND PARS SHELL, INC., Appellants

NO. 14-13-00201-CV                    V.

### AFISCO INTEREST, LLC F/K/A AFISCO INDUSTRIES, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Afisco Interest, LLC f/k/a Afisco Industries, Inc., signed December 4, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Iradj R. Farkooshi, Individually, Parvaz Group, Inc., and Pars Shell, Inc., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.